

Cite as 2015 Ark. App. 401

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–14–824

| | | |
|---|---|---|
| KENDRICKS HILL | | **Opinion Delivered** June 17, 2015 |
| | APPELLANT | |
| | | APPEAL FROM THE GARLAND COUNTY CIRCUIT COURT [NO. CR–2013-456–IV] |
| V. | | |
| | | HONORABLE MARCIA R. HEARNSBERGER, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | SUPPLEMENTAL ADDENDUM ORDERED |

**PHILLIP T. WHITEAKER, Judge**

A Garland County jury convicted appellant Kendricks Hill of one count each of possession of a controlled substance, carrying a weapon, and public intoxication. His sole argument on appeal is that the circuit court erred in denying his request for a continuance after his original lawyer became ill and a new attorney had to be appointed for him days before his case was scheduled to be tried. We are unable to reach the merits of Hill's arguments at this time due to deficiencies in his addendum.

Arkansas Supreme Court Rule 4–2(a)(8) requires that an appellant's brief include an addendum consisting of all documents essential to the appellate court's resolution of the issues on appeal. In a case involving a jury trial, Rule 4–2(a)(8) further specifies that the jury-verdict forms must be included in the addendum. *Id*. Because Hill has not included the jury-verdict

forms in his addendum, we order him to correct this deficiency by filing a supplemental addendum within seven calendar days from the date of this opinion. *See* Ark. Sup. Ct. R. 4–2(b)(4). We further encourage appellate counsel to review our rules to determine if any additional pleadings must be included in the addendum.

Supplemental addendum ordered.

KINARD and HOOFMAN, JJ., agree.

*Cross, Gunter, Witherspoon & Galchus, P.C.*, by: *Misty Wilson Borkowski*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Christian Harris*, Ass't Att'y Gen., for appellee.